# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Darren Marley,<br><br>    Plaintiff,<br><br>v.<br><br>PYOD, LLC, et al,<br><br>    Defendants, | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 13-0010-PHX-FJM |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED  that pursuant to the Court's Order of March 6, 2013, granting Defendants' Motion to Dismiss, judgment is hereby entered in favor of Defendants. Plaintiff shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed with prejudice.


   March   6,   2013            BRIAN  D.  KARTH
Date                            DCE/Clerk of Court


                                .  s/  Ruth E. Williams
                                By      Ruth E. Williams
                                        Deputy Clerk